# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Evelyn E. Vanish <br>         Debtor | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY <br>         Movant <br>   vs. <br> Evelyn E. Vanish <br>         Debtor | NO. 20-10777 MDC |
| William C. Miller, Esquire <br>         Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about September 2, 2020 (Doc. No. 20).

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

September 22, 2020