United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                                         Case No. 20-10777-mdc

Evelyn E Vanish                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                          User: admin                                          Page 1 of 3

Date Rcvd: Jan 27, 2022                               Form ID: pdf900                                Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Evelyn E Vanish, 7959 Williams Avenue, Philadelphia, PA 19150-2113 |
| 14464230 | + | Great Lakes Educational Loan Services, 2401 International Lane, Madison, WI 53704-3121 |
| 14464231 | + | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14464232 | + | Lendmark Financial, Attn: Bankruptcy, 1735 N Brown Rd, Ste 300, Lawrenceville, GA 30043-8228 |
| 14464233 | | Main Line HealthCare, PO Box 8500-4600, Philadelphia, PA 19178-4600 |
| 14464234 | + | Monarch Recovery, P.O. Box 986, Bensalem, PA 19020-0986 |
| 14464236 | | PA Dept of Revenue, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14532345 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14464242 | + | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14464237 | | Patient First, P.O. Box 758941, Baltimore, MD 21275-8941 |
| 14464239 | | Penn Medicine, UPHS Physicians Patient Pay, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14532732 | + | Pennsylvania Housing Finance Agency, c/o Rebecca A. Solarz, Esq., KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |
| 14464244 | + | Radius Global Solutions LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14464245 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 14464248 | + | Sterling Credit Corporation, PO Box 675, Spring House, PA 19477-0675 |
| 14484230 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14464249 | | Tate & Kirlin Associates, 2810 Southampton Road, Philadelphia, PA 19154-1207 |
| 14464251 | + | Vacation Charters/ C, Po Box 647, Lake Harmony, PA 18624-0647 |
| 14464253 | ++ | WELLS FARGO BANK NA, 1 HOME CAMPUS, MAC X2303-01A, DES MOINES IA 50328-0001 address filed with court:, Wells Fargo Bank Ia N, Attn: Bankruptcy Dept, Po Box 6429, Greenville, SC 29606 |
| 14466348 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 27 2022 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14464224 | + | Email/Text: customercare@adminrecovery.com | Jan 27 2022 23:45:00 | Admin Recovery, LLC, 6225 Sheridan Driver, Suite 118, Buffalo, NY 14221-4800 |
| 14464225 | + | Email/Text: broman@amhfcu.org | Jan 27 2022 23:45:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 14522488 | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14464226 | + | Email/Text: bankruptcy@philapark.org | Jan 27 2022 23:45:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14464227 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2022 23:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14464229 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 27 2022 23:45:00 | Credit Collection Services, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 14488860 | | Email/Text: ktramble@lendmarkfinancial.com | Jan 27 2022 23:44:00 | Lendmark Financial Services, LLC, 2118 Usher Street NW, Covington, GA 30014 |
| 14464235 | + | Email/PDF: cbp@onemainfinancial.com | Jan 27 2022 23:47:34 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14464240 | | Email/Text: blegal@phfa.org | Jan 27 2022 23:44:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14464238 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 27 2022 23:44:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 14465939 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14535974 | + | Email/Text: blegal@phfa.org | Jan 27 2022 23:44:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14469821 | + | Email/Text: bankruptcy@philapark.org | Jan 27 2022 23:45:00 | Philadelphia Parking Authority, 701 Market Street, Suite 5400, Philadelphia, Pa 19106-2895 |
| 14464247 | + | Email/Text: bankruptcy@rentacenter.com | Jan 27 2022 23:45:00 | Rent-A-Center, 3110 W. Cheltenham Avenue, Philadelphia, PA 19150-1101 |
| 14464250 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 27 2022 23:45:00 | Transworld Systems, Inc., 500 Virginia Drive, Suite 514, Fort Washington, PA 19034-2733 |
| 14464252 | | Email/Text: megan.harper@phila.gov | Jan 27 2022 23:45:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14464246 | | Renee Vanish-McLaurin |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14522489 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14464228 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14464241 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14464243 | ## | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |

TOTAL: 1 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 38 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Evelyn E Vanish dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>EVELYN E VANISH | Chapter 13 |
| Debtor | Bankruptcy No. 20-10777-MDC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

January 27, 2022

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
EVELYN E VANISH

7959 WILLIAMS AVENUE

PHILADELPHIA, PA 19150-